# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158269-70(75)

STATE FARM FIRE AND CASUALTY
COMPANY,
    Plaintiff-Appellant,

v

SC: 158269-70
COA: 332454, 333281
Sanilac CC: 14-035646-NZ

DETROIT EDISON CO., a/k/a DTE
ELECTRIC COMPANY,
    Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on October 11, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk